```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------
Guang Lin,
        Petitioner,
                                            ORDER
  -vs-
                                            CV-05-2225(FB)
Immigration and Naturalization
Services

        Respondent.

----------------------------------
```

On April 28, 2005 Pro Se Petitioner filed a writ for habeas corpus relief pursuant to Title 28 USC Section 2241, and

On July 15, 2005 the Court received a letter from the Government informing the Court that the petitioner was deported, making the claims in his petition moot. Accordingly it is

HEREBY ORDERED that this petition for habeas corpus relief is dismissed as being moot.

The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       July 18, 2005



                                            U.S.D.J.

cc.: AUSA Margaret Kolbe