UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GUANG LIN,

                Petitioner,

    -against-


IMMIGRATION AND NATURALIZATION
SERVICES,


               Respondent.
-------------------------------------------------------------------X

JUDGMENT
05-CV- 2225 (FB)

    An Order of Honorable Frederic Block, United States District Judge, having been filed on July 19, 2005, dismissing the petition for a writ of habeas corpus relief as moot; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the petition for a writ of habeas corpus relief is dismissed.


Dated:  Brooklyn, New York
        July 20, 2005

                                   ROBERT C. HEINEMANN
                                   Clerk of Court